ACCEPTED
14-14-00854-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
2/3/2015 2:25:52 PM
CHRISTOPHER PRINI
CLERK

# COATS | ROSE

*A Professional Corporation*

IAN P. FARIA
Admitted in Texas and Oklahoma

ifaria@coatsrose.com
Direct Dial
(713) 653-7388
(713) 890-3919

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/3/2015 2:25:52 PM
CHRISTOPHER A. PRINE
Clerk

February 3, 2014

**Via Electronic Filing**
Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

Re:  Case No. 14-14-00854-CV; *Community Management, LLC v. Cutten Development, LP and Davis Development, Inc.*

Dear Clerk of the Court:

The law firm of Coats, Rose, Yale, Ryman & Lee, P.C. ("Coats | Rose"), who are counsel of record for Cutten Development, LP and Davis Development, Inc. have relocated their Houston office.  Effective **September 29, 2014** the Houston address for Coats | Rose will be:

Coats | Rose
9 Greenway Plaza, Suite 1100
Houston, Texas 77046

The telephone and facsimile numbers will remain the same.

Thank you in advance for your assistance in this matter.  If you should have any questions in this regard, please give me a call at the above-listed number.

Very truly yours,

Ian P. Faria

9 Greenway Plaza, Suite 1100    Houston, Texas  77046
Phone: 713-651-0111    Fax: 713-651-0220
Web: www.coatsrose.com

HOUSTON  |  AUSTIN  |  DALLAS  |  SAN ANTONIO  |  NEW ORLEANS